# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT JOSEPH LAMACCHIA,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:15-cv-590-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **COMMISSIONER'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND OF THE CAUSE TO THE COMMISSIONER (Doc. No. 17)**
>
> **FILED:** October 5, 2015
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner of the Social Security Administration requests that this case be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The commissioner believes that remand would be appropriate for further administrative proceedings. Specifically the administrative law judge should:

> (1) re-evaluate the medical source opinions, including the opinions of the State agency medical consultants and Plaintiff's treating physicians pursuant to 20 C.F.R. § 404.1527 and Social Security Rulings 96-5p and 96-6p); (2) reassess Plaintiff's residual functional capacity and provide rationale for the assessed limitations pursuant to 20 C.F.R. § 404.1545 and Social Security Rulings 96-8p and 96-6p; (3) further consider Plaintiff's credibility as required under 20 C.F.R. § 404.1529 and

>  Social Security Ruling 96-7p; (4) clarify the physical and mental demands of Plaintiff's past relevant work; and (5) obtain vocational evidence if warranted by the expanded record.

Doc. No. 17 at 2.  Plaintiff does not oppose the request to remand.  *See id.*

Accordingly, it is **ORDERED** that the final decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** for further proceedings consistent with the Commissioner's undertaking in the motion.  The Clerk of Court is directed to issue a judgment consistent with this Order and, thereafter, to close the file.

**DONE** and **ORDERED** in Orlando, Florida on October 6, 2015.

THOMAS B. SMITH
United States Magistrate Judge